United States District Court
For the Northern District of California

\*E-FILED: March 11, 2013\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CASEY KASEM TAROKH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | No. C13-00804 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than March 7, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite a written reminder from the court, not all parties have consented to proceed before a magistrate judge. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a district judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

SO ORDERED.

Dated: March 11, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-00804-HRL Notice has been electronically mailed to:

2  Brian H. Gunn     bhgunn@wolfewyman.com, lcwhite@wolfewyman.com

3  Chris T Nguyen    chris.nguyen@joelfeinsteinlaw.com

4  Colleen Bailey Kelley    cbkelley@wolfewyman.com, lcwhite@wolfewyman.com

5  Joel Mark Feinstein    jfeinstein@joelfeinsteinlaw.com, chris.nguyen@joelfeinsteinlaw.com, myla.perez@joelfeinsteinlaw.com, sean.webb@joelfeinsteinlaw.com

6  Kathy Shakibi    kshakibi@rcolegal.com

2