Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Andrew A. Bao (SBN 247092)
aabao@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY KASEM TAROKH,<br><br>  Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC. and DOES 1-10 inclusive,<br><br>  Defendants. | Case No.: 3:13-cv-00804 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON CITIMORTGAGE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Current Hearing Date:<br>Date: April 18, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor<br><br>Hon. Edward M. Chen<br><br>Action Filed: 01/18/13 |

COME NOW Defendant CITIMORTGAGE, INC. ("CMI") and Plaintiff CASEY KASEM TAROKH ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, CMI has set a hearing on its motion to dismiss Plaintiff's complaint in this matter for April 18, 2013;

WHEREAS, the Parties request a continuance of the hearing on CMI's motion to dismiss to May 9, 2013, at 1:30 p.m. in the above-referenced Courtroom, or a date thereafter agreeable to the Court.

///

---
1
STIPULATION CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT

WHEREAS, the Court has scheduled a Case Management Conference for May 30, 2013;

NOW, THEREFORE, the Parties stipulate and agree that the hearing on CMI's motion to dismiss shall be continued to May 9, 2013, or a date thereafter that is agreeable to the Court.

IT IS SO STIPULATED.

DATED: April 3, 2013          WOLFE & WYMAN LLP

                              By: _____
                              BRIAN H. GUNN
                              ANDREW A. BAO
                              Attorneys for Defendant
                              **CITIMORTGAGE, INC.**

DATED: April 3, 2013          LAW OFFICES OF JOEL M. FEINSTEIN

                              By: _____
                              JOEL M. FEINSTEIN
                              CHRIS T. NGUYEN
                              Attorneys for Plaintiff
                              **CASEY KASEM TAROKH**

### ORDER

The Court, having reviewed the Stipulation and Proposed Order continuing the hearing on CMI's motion to dismiss Plaintiff's complaint, and good cause appearing therefore, makes the following Order:

The hearing on CMI's motion to dismiss Plaintiff's complaint shall be continued to 5/30, 2013, at 1:30 p.m. in Courtroom 5, 17th Floor of this Court.

IT IS SO ORDERED.  Plaintiff's motion to remand is also reset for 5/30/13.

Dated: 4/5/13

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**STIPULATION CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT**

1355444.1