1  Brian H. Gunn (SBN 192594)
   bhgunn@wolfewyman.com
2  Andrew A. Bao (SBN 247092)
   aabao@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone: (925) 280-0004
5  Facsimile: (925) 280-0005

6  Attorneys for Defendant
   CITIMORTGAGE, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 CASEY KASEM TAROKH,                  | Case No.: 3:13-cv-00804 EMC

12         Plaintiff,                   | STIPULATION AND [PROPOSED]
                                        | ORDER CONTINUING THE HEARING
13   v.                                 | ON CITIMORTGAGE, INC.'S MOTION
                                        | TO DISMISS PLAINTIFF'S COMPLAINT
14 CITIMORTGAGE, INC.; NORTHWEST
   TRUSTEE SERVICES, INC. and DOES 1-10 | Current Hearing Date:
15 inclusive,                           | Date:  April 18, 2013
                                        | Time:  1:30 p.m.
16         Defendants.                  | Place: Courtroom 5, 17th Floor

17                                      | Hon. Edward M. Chen

18                                      | Action Filed: 01/18/13

19

20

21     COME NOW Defendant CITIMORTGAGE, INC. ("CMI") and Plaintiff CASEY KASEM

22 TAROKH ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

23     WHEREAS, CMI has set a hearing on its motion to dismiss Plaintiff's complaint in this

24 matter for April 18, 2013;

25     WHEREAS, the Parties request a continuance of the hearing on CMI's motion to dismiss to

26 May 9, 2013, at 1:30 p.m. in the above-referenced Courtroom, or a date thereafter agreeable to the

27 Court.

28 ///

---
1
STIPULATION CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT

1355444.1

1  WHEREAS, the Court has scheduled a Case Management Conference for May 30, 2013;

2  NOW, THEREFORE, the Parties stipulate and agree that the hearing on CMI's motion to
3  dismiss shall be continued to May 9, 2013, or a date thereafter that is agreeable to the Court.

4  IT IS SO STIPULATED.

5  DATED: April 3, 2013          WOLFE & WYMAN LLP

7                                 By: _____
                                       BRIAN H. GUNN
8                                      ANDREW A. BAO
                                       Attorneys for Defendant
9                                      **CITIMORTGAGE, INC.**

10 DATED: April _3_, 2013         LAW OFFICES OF JOEL M. FEINSTEIN

12                                By: _____
                                       JOEL M. FEINSTEIN
13                                     CHRIS T. NGUYEN
                                       Attorneys for Plaintiff
14                                     **CASEY KASEM TAROKH**

16                                    **ORDER**

17  The Court, having reviewed the Stipulation and Proposed Order continuing the hearing on
18  CMI's motion to dismiss Plaintiff's complaint, and good cause appearing therefore, makes the
19  following Order:

20  The hearing on CMI's motion to dismiss Plaintiff's complaint shall be continued to
21  __5/30__, 2013, at 1:30 p.m. in Courtroom 5, 17th Floor of this Court.

22  IT IS SO ORDERED.    Plaintiff's motion to remand is also reset for 5/30/13.

24  Dated: 4/5/13
                              _____
25                            HON. EDWARD M. CHEN
                              U.S. DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT

1355444.1